UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JOYCE L. FITZGERALD, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:05CV01715 RWS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Joyce Fitzgerald's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this Matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed his Report and Recommendation on March 2, 2007. It is the Magistrate Judge's recommendation that the decision of the Social Security Administration be affirmed and that the complaint be dismissed with prejudice.

The parties were advised that they had eleven (11) days to file written objections to the Report and Recommendation. Neither party has filed an objection.

After careful consideration of the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED and INCORPORATED HEREIN**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and the complaint is **DISMISSED** with prejudice.

A separate Judgment shall be entered with this Memorandum and Order.

Dated this 14th day of March, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE