UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOYCE L. FITZGERALD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:05CV01715 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner is affirmed and the complaint is **DISMISSED** with prejudice.

Dated this 14th day of March, 2007.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE